```
                    THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF TEXAS
                            HOUSTON DIVISION


MARIO RUIZ, JOSE JIMENEZ          §
and JESUS PERALTA                  §
                                   §
     Plaintiffs,                   §
                                   §
v.                                 §  CIVIL ACTION NO. 4:20-cv-274
                                   §
SAVAGE CONSTRUCTION, L.L.C.,       §
KYLE SAVAGE, INDIVIDUALLY,         §
and MARY SAVAGE, INDIVIDUALLY,     §
                                   §
     Defendants.                   §
```

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Plaintiffs Mario Ruiz, Jose Jimenez and Jesus Peralta (collectively, the "Plaintiffs") file this their Certificate of Interested Persons as follows:

1. Mario Ruiz
   Jose Jimenez
   Jesus Peralta
   c/o Mark Siurek
   Warren & Siurek, L.L.P.
   3334 Richmond Avenue, Suite 100
   Houston, Texas 77098
   Plaintiffs

2. Mark Siurek
   Warren & Siurek, L.L.P.
   3334 Richmond Avenue, Suite 100
   Houston, Texas 77098
   Attorney-in-Charge for Plaintiffs

3. Patricia Haylon
   Warren & Siurek, L.L.P.
   3334 Richmond Avenue, Suite 100
   Houston, Texas 77098
   Of Counsel for Plaintiffs

4. Savage Construction, LLC,
   c/o Kyle Savage, President
   13212 Browder Traylor Road
   Willis, Texas 77378
   Defendant

5. Kyle Savage, Individually
   13212 Browder Traylor Road
   Willis, Texas 77378
   Defendant

6. Mary Savage, Individually
   13212 Browder Traylor Road
   Willis, Texas 77378
   Defendant

7. At this time, the Plaintiffs are not aware of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than those persons identified above.

Respectfully submitted,

 /S/ Mark Siurek
Mark Siurek
TBA# 18447900
Fed ID# 9417
3334 Richmond Avenue, Suite 100
Houston, Texas  77098
713-522-0066 (telephone)
713-522-9977 (fax)
msiurek@warrensiurek.com

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

OF COUNSEL:

WARREN & SIUREK, L.L.P.
Patricia Haylon
TBA# 09281925
Fed ID# 13941
3334 Richmond Avenue, Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
thaylon@warrensiurek.com

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Certificate of Interested Persons was sent by priority mail on January 28, 2020 to the following properly addressed as follows:

Savage Construction, LLC
c/o Kyle Savage, President
13212 Browder Traylor Road
Willis, Texas 77378

Kyle Savage, Individually
13212 Browder Traylor Road
Willis, Texas 77378

Mary Savage, Individually
13212 Browder Traylor Road
Willis, Texas 77378

                                            /S/ Mark Siurek
                                            Mark Siurek